

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00386-CV

Arturo Rene **ANAYA**,
Appellant

v.

Juliana **CASTILLO**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVG-00820-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against appellant.

SIGNED August 6, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice